UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAN MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>TRUE ACCORD CORPORATION,<br><br>        Defendant. | Case No. 25-cv-02943-LJC<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Pro se Plaintiff Elan Miller filed this action on March 31, 2025. ECF No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff's last day to complete service on Defendant True Accord Corporation or to file a motion for administrative relief from the service deadline was June 29, 2025. The docket does not indicate that Plaintiff has completed service or that Defendant has waived service of summons. No party has consented to magistrate judge jurisdiction. *See* ECF Nos. 4-6. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). The service deadline may be extended upon a showing of good cause. *Id.* In the present action, the 90-day deadline for completing service has passed, and no showing of good cause has been made to extend the deadline. Accordingly, Plaintiff shall file a response no later than August 12, 2025 showing cause why this action should not be dismissed without prejudice for failure to timely complete service of process and for failure to prosecute. Plaintiff's failure to respond to this Order by the deadline may result in a report and recommendation by the undersigned that this case be dismiss for failure to prosecute.

The Court encourages Plaintiff to seek free legal assistance from the Northern District's

Legal Help Center if Plaintiff proceeds with this litigation. The Legal Help Center can be reached by calling (415) 782-8982 or by emailing fedpro@sfbar.org. Plaintiff may also wish to consult the resources for pro se litigants on the Court's website, https://cand.uscourts.gov/pro-se-litigants/, including the manual, "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants."

**IT IS SO ORDERED.**

Dated: July 29, 2025

LISA J. CISNEROS
United States Magistrate Judge