UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAN MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>TRUE ACCORD CORPORATION,<br><br>        Defendant. | Case No. 25-cv-02943-JD<br><br>**ORDER RE REPORT AND RECOMMENDATION** |

Pro se plaintiff Elan Miller sued defendant True Accord Corporation under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* Dkt. No. 1. Magistrate Judge Lisa J. Cisneros filed a report recommending dismissal of the case for failure to serve True Accord. Dkt. No. 10. Miller did not file a response to the report and recommendation, and the time for responding has passed. *See* Fed. R. Civ. P. 72(b). Miller also did not respond to a prior order to show cause why the case should not be dismissed for failure to serve and failure to prosecute. Dkt. No. 9.

The Court has independently reviewed the record and adopts the report and recommendation in full. The case is dismissed. All hearing dates are vacated.

**IT IS SO ORDERED.**

Dated: October 21, 2025

JAMES DONATO
United States District Judge